

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00771-CV

**IN RE ALLSTATE TEXAS LLOYD'S** and Judy Boyd

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  November 19, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 5, 2014, relators Allstate Texas Lloyd's and Judy Boyd filed a petition for writ of mandamus and an emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014CVF000440 D1, styled *Raul Valdez and Maria Valdez v. Allstate Texas Lloyd's and Judy Boyd*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable H. Paul Canales presiding.